IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                        Case No. 10-cv-106

ROBERT RULE,

        Defendant.
_____

## ENTRY OF DEFAULT
_____

Plaintiff requests that the Clerk of Court enter default against defendant Robert Rule pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Robert Rule is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 14th day of June, 2010.

                                              s/Peter Oppeneer
                                              PETER OPPENEER
                                              Clerk of Court